IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SWANK ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NGM INSURANCE COMPANY, a subsidiary of THE MAIN STREET AMERICA GROUP, <br><br> Defendant. | CV 19–200–M–DLC <br><br><br> ORDER |

Pursuant to the Parties' Stipulation to Dismiss with Prejudice (Doc. 24),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED, and any pending motions are DENIED as moot.

DATED this 17th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court